THE STATE OF OHIO, APPELLANT, *v.* WASHINGTON, APPELLEE.

(Nos. 2016–0003 and 2016–0152—Submitted
June 1, 2016—Decided July 29, 2016.)

{¶ 1} .The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings on the authority of *State v. J.M.*, —— Ohio St.3d ——, 2016-Ohio-2803, —— N.E.3d ——.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

Ron O'Brien, Franklin County Prosecuting Attorney, and Barbara A. Farnbacher, Assistant Prosecuting Attorney, for appellant.